IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04CR3137 |
| v. ) | |
| ) | |
| TIMOTHY EUGENE LANGSTON, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Defendant's motion for modification of release conditions, filing 45, is granted in part and the defendant's conditions of release are modified to permit him to reside with the person mentioned in the motion. The motion is otherwise denied.

DATED this 27th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge